IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:05-cr-00040-SPM-AK

JUAN JESUS GOMEZ,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 166, Waiver of Appearance at Arraignment on Superseding Indictment, by Juan Jesus Gomez. Having carefully considered the matter, the Court finds that the waiver meets the requirements of Fed. R. Crim. P. 10(b) and is satisfied that Defendant has conferred with counsel and has been appropriately advised of the contents of the superseding indictment.

Accordingly, it is **ORDERED**:

That the waiver of appearance at arraignment on superseding indictment, Doc. 166, is **ACCEPTED**;

That a plea of not guilty to each pertinent count of the superseding indictment is hereby **ENTERED on behalf of Juan Jesus Gomez**.

**DONE AND ORDERED** this _29th_ day of November, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**