IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                            CASE NO.: 1:05cr40-SPM

EDWARDO ACOSTA, et al.,

       Defendants.
_____/

### ORDER GRANTING MOTIONS TO ADOPT

Upon consideration, the motions to adopt (docs. 193, 194, 195) filed by Defendants Lazaro Ulysis Daly, Juan J. Gomez, and Robert Valle are granted

DONE AND ORDERED this 27th day of January, 2006.

       *s/ Stephan P. Mickle*
       Stephan P. Mickle
       United States District Judge