IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:05cr40-SPM

JUAN JESUS GOMEZ,

    Defendant.

_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant Juan Jesus Gomez's unopposed motion to continue sentencing hearing (doc. 395) is granted. The sentencing hearing for Defendant Juan Jesus Gomez is reset for 1:30 p.m. on March 5, 2007.

SO ORDERED this 5th day of January, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge