IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                  CASE NO.: 1:05cr40-SPM

JUAN JESUS GOMEZ,

      Defendant.
_____/

**ORDER DISMISSING FORFEITURE PROCEEDING**

Upon consideration of the Government's Motion to Dismiss Forfeiture (doc. 427), it is

ORDERED AND ADJUDGED:

1.      The motion (doc. 427) is granted.

2.      The forfeiture proceeding against the real property located at 1640 NW 19th Street, Homestead, Florida (more specifically described in Doc. 427, Exhibit A) is dismissed.

DONE AND ORDERED this 12th day of April, 2007.

                                                         *s/ Stephan P. Mickle*
                                                         Stephan P. Mickle
                                                         United States District Judge